Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>2000 MERCEDES-BENZ S430 SEDAN BEARING VIN: WDBNG70J6YA108758 AND WITH WASHINGTON LICENSE PLATE 324LYW ATTACHED THERETO; $34,781.61 IN U.S. CURRENCY; ELECTRONIC EQUIPMENT, AND FUNDS FROM BANK OF AMERICA ACCOUNT #XXXX0017, HELD IN THE NAME OF BUSINESS "MEET YOUR PRICE, INC.", TOTALING $34,702.25, MORE OR LESS, AND THE PROCEEDS THEREFROM,<br><br>　　　　　Defendant. | NO. C08-5210RBL<br><br>ORDER GRANTING STIPULATED MOTION TO STAY CIVIL CASE PENDING DISPOSITION OF RELATED CRIMINAL INVESTIGATION |

THIS MATTER having come before the Court on the stipulated motion of the plaintiff, United States of America, and claimants, Wayne Shu and Maynila Voravongseng, for an order staying this civil forfeiture proceeding pending disposition of the underlying forfeiture issue involving the above-captioned defendant vehicle, electronic equipment and funds in a related criminal investigation, and the Court being fully advised in the matter, it is hereby

//

ORDER GRANTING STIPULATED MOTION TO STAY CIVIL PROCEEDINGS
U.S. v. 2000 MERCEDES-BENZ S430 SEDAN, et al.
C08-5120RBL— 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1     ORDERED that the stipulated motion of the parties to stay this civil forfeiture proceeding pending disposition of the forfeiture issue involving the above-captioned defendant vehicle, electronic equipment and funds in the related criminal matter is GRANTED and this matter shall be STAYED pending further order of the Court.

DATED this 11th day of February, 2009.

*[signature: Ronald B. Leighton]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Richard Cohen
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:   (206) 553-2242
Fax:        (206) 553-6934
Email: Richard.E.Cohen@usdoj.gov


 s/ Richard Cohen for
KATHRYN WARMA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:   (206) 553-7970
Fax:        (206) 553-2502
Email: Kathryn.Warma@usdoj.gov

ORDER GRANTING STIPULATED MOTION TO STAY CIVIL PROCEEDINGS
U.S. v. 2000 MERCEDES-BENZ S430 SEDAN, et al.
C08-5120RBL— 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | s/ Richard Cohen for |
| 4 | PETER OFFENBECHER<br>Counsel for Claimant Wayne Shu * |
| 5 | Skellenger Bender, PS<br>1301 5th Ave., St 3401 |
| 6 | Seattle, Washington 98101-2605<br>Telephone: (206) 623-6501 |
| 7 | Fax: (206) 447-1973<br>Email: poffenbecher@skellingerbender.com |
| 8 | |
| 9 | * Per Electronic Mail Authorization |

s/ Richard Cohen for
TODD MAYBROWN
Counsel for Claimant Maynila Voravonseng *
Allen Hansen & Maybrown
600 University St., Suite 3020
Seattle, Washington 98101
Telephone: (206) 757-8125
Fax: (206) 757-7215

* Per Electronic Mail Authorization

ORDER GRANTING STIPULATED MOTION TO STAY CIVIL PROCEEDINGS
U.S. v. 2000 MERCEDES-BENZ S430 SEDAN, et al.
C08-5120RBL— 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970